IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. RODGERS, 202468, | ) |
| Plaintiff(s), | ) No. C 12-5620 CRB (PR) |
| vs. | ) ORDER OF DISMISSAL |
| SHERIFF MUNK, et al., | ) |
| Defendant(s). | ) |

Per order filed on March 11, 2013, the court dismissed plaintiff's prisoner complaint under 42 U.S.C. § 1983 with leave to amend to set forth specific facts showing how his federal rights were violated and how each named defendant actually and proximately caused the deprivation of his federal rights of which he complains. The court warned plaintiff that failure to file an amended complaint within 30 days would result in the dismissal of this action.

More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED.

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:  April 22, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Rodgers, R.12-5620.dismissal.wpd